UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROSE EVANGELISTA,<br><br>　　　　　　Defendant. | CASE NO. MJ14-36<br>(E.D. WA. No. CR-13-2091-FVS)<br><br>DETENTION ORDER |

Offenses charged:

　　Counts 1 through 6: Bank Fraud

　　Count 7: Aggravated Identity Theft

　　Count 10: Possession of Stolen U.S. Mail

Date of Detention Hearing: February 6, 2014

　　The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant has a long criminal history of forgeries and related offenses.

(2) She also has failed to appear over a dozen times for scheduled court hearings; has failed to report for treatment as required by her conditions of probation; and has violated probation conditions in various other respects.

(3) She declined to be interviewed by this court's pretrial services officer, thus limiting the information available to the court as to her background.

(4) Defendant and her counsel offered nothing in opposition to the entry of an order of detention by this court, but reserved the right to re-open the issue when she arrives in the Eastern District of Washington, where these charges are pending.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 6th day of February, 2014.

_____
JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)